**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

UNITED STATES OF AMERICA

v.

CRIMINAL ACTION NO.  2:22-cr-00077

BRADLEY CAMPBELL

**MEMORANDUM OPINION AND ORDER**

Pending is Defendant Bradley Campbell's Motion for Early Termination of Supervised Release, filed April 27, 2026. [Doc. 41]. The United States does not oppose the Motion.

**I.**

On August 5, 2022, following his guilty plea to 18 U.S.C. § 371, conspiracy to commit an offense against the United States to wit: to damage the property of an energy facility causing in excess of $5,000 in damages, Bradley Campbell was sentenced to a 5-year term of probation. On June 12, 2023, the Court entered an Order revoking Mr. Campbell's probation, sentencing him to three (3) months of imprisonment, followed by three (3) years of supervised release. Mr. Campbell began serving his term of supervision on July 31, 2023. Mr. Campbell now moves for early termination of his supervised release inasmuch as he has completed 34 of the 36-month term of supervised release and has paid the court ordered restitution in full.

Mr. Cambell's Probation Officer notes that Mr. Campbell is set to complete the term of supervised release on July 30, 2026. He has also paid the Court ordered restitution in full as of April 24, 2026. Despite the revocation of probation and prior noncompliant conduct, the

probation officer as well as the United States, does believe Mr. Campbell should be considered for early termination.

## II.

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Mr. Campbell's Probation Officer, the Court concludes that early termination of Mr. Campbell's supervised release is warranted. Mr. Campbell has completed approximately 2.8 years of his supervised release term and paid the Court ordered restitution in full. The Court **FINDS** that Mr. Campbell's conduct and the interests of justice support early termination of his supervised release.

## III.

Accordingly, the Court **GRANTS** Mr. Campbell's [**Doc. 41**] and **TERMINATES** Mr. Campbell's supervised release term.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER:  May 11, 2026



Frank W. Volk
Chief United States District Judge